FILED

2016 OCT 18 PM 2:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. **CR16- 0729** |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii): Distribution of Methamphetamine] |
| ALBERT BENJAMIN PEREZ, aka "Dragon," | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about June 16, 2016, in Los Angeles County, within the Central District of California, defendant ALBERT BENJAMIN PEREZ, also known as "Dragon," knowingly and intentionally distributed at least

///

///

///

five grams, that is, approximately 28 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

LIZABETH A. RHODES
Assistant United States Attorney
Chief, General Crimes Section

ROBYN K. BACON
Assistant United States Attorney
Deputy Chief, General Crimes Section

JULIAN L. ANDRÉ
KAREN E. ESCALANTE
Assistant United States Attorneys
General Crimes Section