**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Western Division |
| Plaintiff, | Case Number: 2:16-CR-00729-JAK    PSA Warrant |
| vs. | Initial App. Date: 03/29/2022    Custody |
| | Initial App. Time: 1:00 PM |
| Albert Benjamin Perez | |
| | |
| Defendant. | Date Filed: 11/03/2021 |
| | Violation: 18:3148 |
| | CourtSmart/ Reporter: CS 3/29/2022 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: **Rozella A. Oliver** | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**    Luengo, Donnamarie        *Kellye Ng-McCollough*        None
    *Deputy Clerk*        *Assistant U.S. Attorney*        *Interpreter/Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☐ Defendant states true name ☐ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Edward Shkolnikov, Retained ☐ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
    ☒ Special appearance by: Peter Swath SWARTH - PROVISIONALLY APPOINTED FOR TODAY ONLY
☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☒ Contested detention hearing is held. ☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $_____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☒ PO/PSA WARRANT ☒ Counsel are directed to contact the clerk for
    District Judge KRONSTADT _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
    ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
    Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
    Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☒ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☒ Other COUNSEL ARE DIRECTED TO APPRISE THE DISTRICT COURT OF THESE PROCEEDINGS AND STATUS OF THIS CASE.

☐ PSA ☐ USPO ☐ FINANCIAL        ☐ CR-10 ☐ CR-29        ☐ READY
                                                                Deputy Clerk Initials: _____ : 45

cc: ☒ PSA Warrant

M-5 (10/13)        CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE        Page 1 of 1