E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DEREK R. FLORES (Cal. Bar No. 304499)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4896
    Facsimile: (213) 894-0141
    Email:    derek.flores@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-CR-0729-JAK |
|---|---|
| Plaintiff, | STIPULATION REGARDING NEUROPSYCHOLOGICAL EVALUATION OF DEFENDANT |
| v. | |
| ALBERT BENJAMIN PEREZ, aka "Dragon," | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Derek R. Flores, and defendant Albert Benjamin Perez ("defendant"), by and through his counsel of record, Michael S. Devereux, hereby stipulate as follows:

   1.  On September 14, 2023, the Court held a hearing regarding defendant's competency.

   2.  At that hearing, defense counsel requested that a neuropsychological evaluation of defendant be conducted by a

1 qualified medical professional, such as a neurologist or
2 neuropsychologist. The government does not object to that request.
3     3.   After the hearing, government counsel conferred with
4 counsel for the Bureau of Prisons ("BOP") and BOP Psychologist Dr.
5 Shelton. Dr. Shelton said that BOP can complete a neuropsychological
6 evaluation but only does so at a limited number of institutions and
7 there may be a substantial waiting period. Dr. Shelton said that, if
8 such an evaluation is ordered, BOP's Office of Medical
9 Classifications and Designations ("OMDT") will designate the inmate
10 to a specific facility. Dr. Shelton did not know the current waiting
11 period for such an evaluation but speculated that it could be
12 approximately 4 to 6 months.
13     IT IS SO STIPULATED.

Dated: October 4, 2023          Respectfully submitted,

                                E. MARTIN ESTRADA
                                United States Attorney

                                MACK E. JENKINS
                                Assistant United States Attorney
                                Chief, Criminal Division


                                    /s/
                                DEREK R. FLORES
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

Dated: October 4, 2023          Respectfully submitted,



                                   /s/ (with email authorization)
                                MICHAEL S. DEVEREUX

                                Attorney for Defendant
                                ALBERT BENJAMIN PEREZ