E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DEREK R. FLORES (Cal. Bar No. 304499)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4896
    Facsimile: (213) 894-0141
    Email:    derek.flores@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-CR-729-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S MARCH 19, 2024, STATUS REPORT |
| v. | |
| ALBERT BENJAMIN PEREZ, aka "Dragon," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Derek R. Flores, hereby files this status report regarding the Court's October 10, 2023, order for a neuropsychological evaluation of defendant Albert Benjamin Perez.

- On October 10, 2023, the Court ordered that the Bureau of Prisons ("BOP") conduct a neuropsychological evaluation of defendant as early as practicable.

- The undersigned counsel for the government has conferred with BOP counsel and personnel.
- According to BOP:
  - Because Defendant's current place of incarceration (the Metropolitan Detention Center in Los Angeles) does not have staff formally trained in neuropsychological training, BOP's Office of Medical Designations and Transportation ("OMDT") was instructed last year to designate and transfer defendant to an institution that specializes in such testing.
  - To date, OMDT has not yet designated defendant to such a facility. There are very few facilities within BOP that have such staff and those facilities have a backlog.
  - At this time, BOP is unable to provide an estimate for how long until OMDT will designate defendant to a facility, how long until defendant will be evaluated at that facility, and how long until the report following that evaluation will be completed.
  - BOP staff intend to update counsel for the government when additional information is received from OMDT.

//
//
//
//

- Government counsel previously updated defense counsel regarding the current status discussed above. The parties have conferred and anticipate promptly filing a stipulation to continue the trial date.

Dated: March 19, 2024                    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ Derek Flores
DEREK R. FLORES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA