UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | LA CR16-00729(A) JAK |
| Date | January 10, 2025 |

Present: The Honorable John A. Kronstadt, United States District Judge

Interpreter N/A

| Daniel Torrez | Suzanne McKennon | Derek Flores |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Albert Benjamin Perez | X | X | | Michael Devereux | Not Present | | X |

**Proceedings:** STATUS CONFERENCE

The status conference is held. Counsel for the defendant is not present.

The Court continues the Status Conference to January 16, 2025 at 8:30 a.m., with the final time to be set when the final calendar issues for that date. All parties are ordered to appear at the next hearing.

**IT IS SO ORDERED.**

: 05

Initials of Deputy Clerk  DT

cc: USPO