UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## AMENDED CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | LA CR16-00729(A) JAK |
| Date | January 10, 2025 |

Present: The Honorable   John A. Kronstadt, United States District Judge

Interpreter   N/A

| Daniel Torrez | Suzanne McKennon | Derek Flores |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Albert Benjamin Perez | X | X | | Michael Devereux | Not Present | | X |

**Proceedings:**   **STATUS CONFERENCE**

The status conference is called. Counsel for the defendant is not present. As a result, there are no substantive proceedings. The Court inquires of Defendant if he has any questions as to the hearing, which will not proceed in the absence of his counsel. He states that he does not.

The Court continues the Status Conference to January 16, 2025 at 8:30 a.m. All counsel are ordered to appear in person. A failure to appear again by Defendant's counsel may result in the issuance of an Order to Show Cause as to why sanctions should not be imposed.

**IT IS SO ORDERED.**

: 05

Initials of Deputy Clerk   DT

cc: USPO