BILAL S. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
DEREK R. FLORES (Cal. Bar No. 304499)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4896
     Facsimile: (213) 894-0141
     Email:    derek.flores@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-CR-729-JAK |
|---|---|
| Plaintiff, | APRIL 3, 2025, GOVERNMENT'S STATUS REPORT |
| v. | |
| ALBERT BENJAMIN PEREZ, aka "Dragon," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Derek R. Flores, hereby files this status report in response to the Court's order:

1.   According to defense counsel, he has requested hospital records on behalf of defendant from three places whose records appeared to be missing from the BOP records previously provided to Dr. Sherman: (1) Glendale Adventist, (2) Axon Neurology, and (3) White Memorial.

2.  According to defense counsel, he received the hospital records from Glendale Adventist and has forwarded them to Dr. Sherman, his request is awaiting a response from Axon Neurology, and he has not heard back from White Memorial.

3.  The government expects that any additional wait in receiving the records from Axon Neurology and White Memorial (government counsel is waiting to hear from defense counsel what that expected wait is).[1] Once Dr. Sherman has those records, he should have the records he needs for the evaluation.

Dated: April 3, 2025               Respectfully submitted,

                                   BILAL S. ESSAYLI
                                   United States Attorney

                                   LINDSEY GREER DOTSON
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                        /s/
                                   DEREK R. FLORES
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

---

[1] Government counsel intends to provide an updated status report with that information.

2